

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-21-00277-CV

**IN THE INTEREST OF M.C.L.V, A CHILD**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01657
Kimberly Burley, Judge Presiding

# O R D E R

On July 9, 2021, appellants filed a notice of appeal stating their intent to appeal a final decree of termination signed on June 10, 2021. The clerk's record was filed on July 26, 2021. Although the clerk's record contains the judge's notes, the clerk's record does not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not received a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellants are ORDERED to show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court